IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>BRIAN JOSE BAEZ-SOTO,<br>Defendant. | INDICTMENT<br><br>Criminal No. 26- 131 (FAB)<br><br>Violations:<br>18 U.S.C. § 751<br><br>ONE COUNT |

THE GRAND JURY CHARGES

COUNT ONE
Escape
(18 U.S.C. § 751)

On or about September 21, 2022, in the District of Puerto Rico, and within the jurisdiction

of this Court, the defendant,

BRIAN JOSE BAEZ-SOTO,

did knowingly escape from custody in Volunteers of America, Inc. Residential Re-entry Center,

where he was lawfully confined at the direction of the Attorney General by virtue of a judgment

of the United States District Court for the District of Puerto Rico, in violation of Title 18, United

States Code, Section 751.

TRUE BILL,

███████████████████

FOREPERSON
Date: 9-IV-2026

W. STEPHEN MULDROW
United States Attorney


Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Chief, Violent Crimes and
National Security Section


Luis Rivera-Méndez
Special Assistant U.S. Attorney